LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-01322-GAF (FMOx) | Date | March 4, 2011 |
|---|---|---|---|
| Title | DoshaCare, Inc. et al v. Posh Hair Salon, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers)**

## ORDER TO SHOW CAUSE

Plaintiff has failed to submit the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form A0-121).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **March 24, 2011** why the action should not be dismissed.

Submission of the required AO-120 and/or AO-121 form will satisfy this Order.

Failure to respond to this OSC will be deemed consent to the dismissal of the action.

IT IS SO ORDERED.